UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID R. SABIN, *as personal representative of the estate of Gregory Lee Richmond, deceased*,

    Plaintiff,

v.

ST. HELEN PRIMARY CARE/
McLAREN BAY REGION, *d/b/a Bay Regional Medical Center*,
JAMES BASH, D.O.,
THEODORE BASH, D.O., WAYNE WAHL, M.D., MARY BURKETT, N.P.,
DR. JOHN/JANE DOE, *jointly and severally*, UNITED STATES OF AMERICA,

    Defendants.

Case No. 16-cv-10196
Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

_____/

**STIPULATION TO DISMISSAL OF CLAIMS
AGAINST DEFENDANT UNITED STATES WITH PREJUDICE,
TO DISMISS DEFENDANT UNITED STATES,
AND TO REMAND THE CASE TO STATE COURT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David R. Sabin, as personal representative of the estate of Gregory Lee Richmond, Defendant United States (who substituted on behalf of prior defendants Mid Michigan Health Park-Houghton Lake (d/b/a MidMichigan Health Services) and Kevin Denlinger, D.O.), and Defendants St. Helen Primary Care/McLaren Bay

Region (d/b/a Bay Regional Medical Center), James Bash, D.O., Theodore Bash, D.O., Wayne Wahl, M.D., and Mary Burkett, N.P., by and through the undersigned counsel, stipulate to the dismissal of Plaintiff's claims against Defendant United States (i.e., Counts VI and VIII) with prejudice.  The parties further stipulate to the dismissal of Defendant United States.  The parties further stipulate that each party, as to this dismissal, will bear its own fees, costs, and expenses.

Further, Defendant United States' motion to dismiss [D.E. #11] is withdrawn as moot.

Finally, the parties stipulate that, upon the dismissal of Defendant United States, the basis for federal jurisdiction, as cited in the removal papers, no longer exists.  Thus, the parties also stipulate to remand to state court.

SO STIPULATED.

| McKEEN & ASSOCIATES, P.C. | BARBARA L. McQUADE |
|---|---|
| Counsel for Plaintiff | United States Attorney |
| */s/ Joel A. Sanfield* (with consent)<br>JOEL A. SANFIELD (P42968)<br>645 Griswold St., Ste. 4200<br>Detroit, Michigan  48226-4210<br>313-961-4400<br>jsanfield@mckeenassociates.com | */s/Theresa Urbanic*<br>THERESA URBANIC (P68005)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan  48226-3211<br>(313) 226-9778<br>theresa.urbanic@usdoj.gov |
| Dated: February 29, 2016 | Dated: February 29, 2016 |

GIARMARCO MULLINS & HORTON, P.C.

*/s/ Victoria S. Lehman* (with consent)
VICTORIA S. LEHMAN (P71935)
Counsel to Bay Regional Defendants
Columbia Center Tenth Floor
101 W. Big Beaver Road
Troy, MI 48084-5280
248-457-7185
vlehman@gmhlaw.com

Dated: February 29, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID R. SABIN, as personal representative
of the estate of Gregory Lee Richmond, deceased,

        Plaintiff,         Case No. 16-cv-10196

v.         Honorable Thomas L. Ludington

ST. HELEN PRIMARY CARE/McLAREN BAY
REGION, d/b/a/ Bay Regional Medical Center, et al.,

        Defendants.

_____/

**ORDER DISMISSING DEFENDANT UNITED STATES AND REMANDING TO STATE COURT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff David R. Sabin and all Defendants stipulate and agree that Plaintiff's claims against Defendant United States in the above-captioned action be dismissed with prejudice and without fees, costs, or expenses. The parties also stipulate that this dismissal removes the basis for federal jurisdiction, and that the matter should therefore be remanded to state court.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant United States are **DISMISSED** with prejudice and without fees, costs, or expenses.

It is further **ORDERED** that Defendant United States' motion to dismiss, ECF No. 11, is **WITHDRAWN as moot**.

It is further **ORDERED** that all remaining claims in this matter are **REMANDED** to state court.

- 5 -

Dated: March 3, 2016                    s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 3, 2016.

                              s/Michael A. Sian
                              MICHAEL A. SIAN, Case Manager